JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN SMITH AND FLORIA SMITH,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION; SENTRY CREDIT, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC,<br><br>Defendant. | **Case No.:** ED CV 21-2139-DMG (MARx)<br><br>**ORDER APPROVING JOINT STIPULATION TO DISMISS EQUIFAX INFORMATION SERVICES, LLC ONLY WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) [66]** |

Good causing appearing, the stipulated request of Plaintiffs MARLIN SMITH and FLORIA SMITH ("Plaintiffs") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax"), for dismissal of Equifax only with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), is hereby GRANTED. Further, Plaintiff and Defendant shall bear their own fees and costs as to this dismissal.

As all defendants have been dismissed and there are no remaining claims, the above-captioned action is dismissed in its entirety. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: February 1, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE